Loan No. 6343

UNITED STATES BANKRUPTCY COURT
 DISTRICT OF NEVADA
---------------------------------------------------X           Chapter 13
IN RE:                                                          Case # 06-11935
MICHAEL CARLOS

    Debtor(s)                                        **REQUEST FOR NOTICE**
---------------------------------------------------X

SIR:

    **PLEASE TAKE NOTICE** that HomEq Servicing Corporation hereby appears in the above action, and demand that all papers in the case be served on Barclays Capital Real Estate Inc, dba HomEq Servicing as servicing agent for HomEq Servicing Corporation at the address stated below.

    **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: November 19, 2007
       Plainview, New York

                                      /S/ Andrew Goldberg
                                      Rosicki, Rosicki & Associates, P.C.
                                      Attorney in fact for Claimant
                                      c/o Rosicki, Rosicki & Associates, P.C.
                                      Outsource Management Department
                                      Main Office: 51 E. Bethpage Road
                                      Plainview, New York 11803

TO:

AARON E. MATTHEW, Esq.
Attorney for Debtor(s)
2300 W Sahara Suite 650 Las Vegas,
NV 89102 (702) 384-4111

Kathleen A. Leavitt, Esq.
Trustee
302 E. Carson #300
Las Vegas, NV 89101

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
--------------------------------------------------X            Chapter 13
IN RE:                                                          Case # 06-11935
   MICHAEL CARLOS

     Debtor(s)                                         **AFFIDAVIT OF SERVICE**
--------------------------------------------------X
STATE OF NEW YORK)
          ss:
COUNTY OF NASSAU )

    Jennifer Albergo, being duly sworn, deposes and says:

    I am not a party to this action, am over 18 years of age and reside in Nassau County, New York.

    On November 19, 2007 I served the Request for Notice and demand for service of all papers, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

AARON E. MATTHEW, Esq.
Attorney for Debtor(s)
2300 W Sahara Suite 650 Las Vegas,
NV 89102 (702) 384-4111

Kathleen A. Leavitt, Esq.
Trustee
302 E. Carson #300
Las Vegas, NV 89101

                                  /s/ Jennifer Albergo
                                  Jennifer Albergo

Sworn to before me on
November 19, 2007
/s/ Betsy P. Tarr
NOTARY PUBLIC                BETSY P. TARR
                                  NOTARY PUBLIC, State of New York
                                  No. 01TA6000083
                                  Qualified in Nassau County
                                  Commission Expires December 8, 2009

UNITED STATES BANKRUPTCY COURT
 DISTRICT OF NEVADA
---------------------------------------------------x
IN RE:

MICHAEL CARLOS
        Debtor(s)

---------------------------------------------------x


**REQUEST FOR NOTICE**


ROSICKI, ROSICKI  & ASSOCIATES, P.C.
Outsource Management Department
Main Office: 51 E. Bethpage Road
Plainview, New York  11803